**STATE of Missouri, Respondent,**

v.

**David Martin HANSEN, Appellant.**

**WD 41979.**

Missouri Court of Appeals, Western District.

March 6, 1990.

Cullen Cline, Columbia, for appellant.

Jerome S. Antel III, Asst. Pros. Atty., Columbia, for respondent.

Before GAITAN, P.J., and CLARK and MANFORD, JJ.

ORDER

PER CURIAM.

Direct appeal from a conviction of driving while intoxicated. Judgment affirmed. Rule 30.25(b).